UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEHINDE TYRU WOFFORD,

       Petitioner,

Case No. 10-12266

v.

HONORABLE AVERN COHN

LLOYD W. RAPELJE,

       Respondent.
       _____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered and filed on this date, petitioner's Petition for Writ of Habeas Corpus is DENIED and judgment is entered in favor of the respondent.

DAVID WEAVER

Dated: April 20, 2012        By:  S/Julie Owens
                                             Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 20, 2012, by electronic and/or ordinary mail.

                                                     S/Julie Owens
                                                     Case Manager, (313) 234-5160